Affirmed and Opinion filed June 19, 2003









Affirmed and Opinion filed June 19, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00536-CR

____________

 

ROY
RICE BLUE, SR., Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 262nd District Court

Harris
County, Texas

Trial
Court Cause No. 902,446

 



 

M
E M O R A N D U M   O P I N I O N

Appellant entered a plea of guilty, without an agreed
recommendation as to sentencing, to the offense of sexual assault of a
child.  On April 17, 2002, the trial
court sentenced appellant to confinement for 25 years in the Institutional
Division of the Texas Department of Criminal Justice.  Appellant filed a pro se notice of appeal.








Appellant=s appointed counsel filed a brief in which he concludes the
appeal is wholly frivolous and without merit. 
The brief meets the requirements of Anders v. California, 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), by
presenting a professional evaluation of the record demonstrating why there are
no arguable grounds to be advanced.  See
High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel=s brief was delivered to
appellant.  Appellant was advised of the
right to examine the appellate record and file a pro se response.  See Stafford v. State, 813 S.W.2d 503, 510 (Tex. Crim.
App. 1991).  As of this date, no pro se
response has been filed.

We have carefully reviewed the record and counsel=s brief and agree the appeal is
wholly frivolous and without merit. 
Further, we find no reversible error in the record.  A discussion of the brief would add nothing
to the jurisprudence of the state.

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Opinion
filed June 19, 2003.

Panel consists of Justices
Anderson, Seymore, and Guzman. 

Do Not Publish CTex. R. App. P. 47.2(b).